UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Robert Michael Hernandez,<br>    Petitioner<br>v.<br>Jo Gentry, et al.,<br>    Respondents | 2:17-cv-02565-JAD-CWH<br><br>**Order Dismissing Case** |

    Petitioner Robert Michael Hernandez is serving two consecutive sentences of 6–15 years and 6–20 years after he was convicted of robbery against a person over the age of 60.[1] He has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254,[2] but he did not file an application to proceed *in forma pauperis* or pay the filing fee. As a result, this matter has not been properly commenced.[3]

    This action will therefore be dismissed without prejudice to Hernandez's ability to refile it on the required form in a **new action** with either the $5.00 filing fee or a completed application to proceed *in forma pauperis*. The pauper application must also be submitted on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

    Accordingly, IT IS HEREBY ORDERED that this action is **DISMISSED** without prejudice to the filing of a petition in a new action with either the $5.00 filing fee or a properly completed application form to proceed *in forma pauperis*.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**

---

[1] ECF No. 1-1 at 2.

[2] ECF No. 1.

[3] 28 U.S.C. § 1915(a)(2); LSR1-1, 1-2.

because jurists of reason would not find my dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

The **Clerk of Court is directed to SEND** to Hernandez two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital § 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

The **Clerk of Court is directed to ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

DATED: October 26, 2017.

_____
Jennifer A. Dorsey
United States District Judge